IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CRYSTAL MERRITT                                                                                   PLAINTIFF

v.                                        Case No. 6:23-cv-6035

WELLPATH, LLC; ARKANSAS
DEPARTMENT OF CORRECTIONS                                                          DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal. ECF No. 9. Plaintiff seeks to have this matter dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Pursuant to Rule 41(a)(1)(A)(i), a plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No Defendant has filed an answer or a motion for summary judgment. Thus, Plaintiff's claims were effectively dismissed when Plaintiff filed the instant notice of dismissal. However, this order issues for the purpose of maintaining the Court's docket. Accordingly, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge